**Jamie Lee JACKSON Plaintiff-Appellant**

v.

**Carolyn W. COLVIN, Acting Commissioner of Social Security Defendant-Appellee**

**No. 16-1804**

United States Court of Appeals, Eighth Circuit.

Submitted: December 2, 2016

Filed: December 7, 2016

Paul Bradford Eaglin, Michelle Fecio, Howard D. Olinsky, Olinsky Law Firm, Syracuse, NY, for Plaintiff-Appellant

Stacey E. McCord, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Arkansas, Little Rock, AR, Michael McGaughran, Una McGeehan, Assistant Regional Counsel, Social Security Administration, Office of General Counsel Region VI, Dallas, TX, for Defendant-Appellee

ferred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

Before SMITH, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Jamie Lee Jackson appeals the district court's [1] order affirming the Commissioner's determination that she is not entitled to disability insurance benefits, after her hearing before an administrative law judge. Upon de novo review, see Perks v. Astrue, 687 F.3d 1086, 1091, 1093 (8th Cir. 2012), we are satisfied that the decision is supported by substantial evidence on the whole record. The judgment of the district court is affirmed. See 8th Cir. R. 47B.

---

1. The Honorable Kristine G. Baker, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerome T. Kearney, United States Magistrate Judge for the Eastern District of Arkansas.